UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALFONSO RAWLINS WHEATLY,         Case No. 1:25-cv-1735

       Petitioner,        Hon. Robert J. Jonker
       U.S. District Court Judge

v.

KEVIN RAYCRAFT, et al.

       Respondents.
_____/

## STIPULATED ORDER TO DISMISS

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Petitioner and Respondents, by their respective counsel, hereby stipulate to a dismissal of this case in its entirety, without costs or attorneys' fees to any party.

**SO STIPULATED:**

Dated: December 18, 2025        /s/ *Laura J. Smith*(with consent)
       LAURA J. SMITH
       Children's Legal Center
       1100 W Cermak Rd., Ste. 422
       Chicago, IL 60608
       (312) 722-6642
       Laura@childrenslegalcenterchicago.Org
       Attorneys for Petitioner

Dated: December 18, 2025        /s/ *Ryan D. Cobb*
       RYAN D. COBB
       Assistant United States Attorney
       Post Office Box 208
       Grand Rapids, MI 49501-0208
       (616) 456-2404
       Ryan.Cobb@usdoj.gov
       Attorneys for Federal Respondents

**IT IS SO ORDERED:**

Dated:  December 19, 2025                              /s/ Robert J. Jonker
                                                                                     Hon. Robert J. Jonker
                                                                                     U.S. District Court Judge